159 A.3d 937

**JUNSAI XU, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent**

No. 394 MAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.